COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | The Honorable George E. Risner v. Harris County Republican Party and Paul Simpson, Chair |
| Appellate case number: | 01-14-00498-CV |
| Trial court case number: | 2014-02621 |
| Trial court: | 269th District Court of Harris County |

On July 17, 2014, appellant, George E. Risner, filed a "Motion to Substitute Party," requesting that the Court substitute Paul Simpson as a party in place of Jared Woodfill. Appellant contends in his motion that Woodfill "was sued only in his capacity as chair of the Harris County Republican Party" and has now been succeeded in that capacity by Simpson. Appellant further represents that the motion is unopposed.

Accordingly, we grant the motion and order the Clerk of this Court to substitute Paul Simpson, Chair of the Harris County Republican Party for Jared Woodfill, Chair of the Republican Party as a party to this appeal.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
        ☒Acting individually    ☐ Acting for the Court

Date: July 31, 2014